**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings Stat**

| | | | | | | | | Check Date: | January 2 |
| | | | | | | | | Period Beginning: | January 1 |
| | | | | | | | | Period Ending: | January 1 |
| **Ace Mitrevski** | | Employee Number | 190 | Department | 01 | Voucher Number | | | |
| | | | | | | | | Net Pay | |

| Earnings | Hours | Amount | YTD Hrs | YTD Amt | | Taxes | Status | Taxable | Amount | Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 40.00 | 620.00 | 129.00 | 1999.50 | | Medicare | | 654.88 | 9.50 | |
| OT | 1.50 | 34.88 | 4.00 | 93.01 | | OASDI | | 654.88 | 40.60 | |
| Hol | | | 24.00 | 372.00 | | Green, OH (Emp) | | 654.88 | 13.10 | |
| **Total Gross Pay** | 41.50 | 654.88 | 157.00 | 2464.51 | | Federal Income Tax | S/0 | 654.88 | 66.02 | |
| | | | | | | Ohio SITW | S/0 | 654.88 | 14.14 | |
| | | | | | | **Total Tax Withholding** | | | 143.36 | |

| Deductions | Amount | Y |
|---|---|---|
| **No Deductions** | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 511.52 |
| **Total Direct Deposits** | | 511.52 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**     Voucher Nu
January 24, 2020

### ***This is not a check***
Direct Deposit Voucher

9320 01   190  11571  5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

# Gentzler Tool & Die Corp
PO Box 158
Green, OH 44232

**Earnings Sta**

| | | | | Check Date: | January |
|---|---|---|---|---|---|
| | | | | Period Beginning: | January |
| | | | | Period Ending: | January |

Ace Mitrevski   Employee Number   190   Department   01   Voucher Number
                                                           Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt | Taxes | Status | Taxable | Amount |
|---|---|---|---|---|---|---|---|---|
| Reg | 40.00 | 620.00 | 89.00 | 1379.50 | Medicare | | 631.63 | 9.16 |
| OT | 0.50 | 11.63 | 2.50 | 58.13 | OASDI | | 631.63 | 39.16 |
| Hol | | | 24.00 | 372.00 | Green, OH (Emp) | | 631.63 | 12.63 |
| **Total Gross Pay** | 40.50 | 631.63 | 115.50 | 1809.63 | Federal Income Tax | S/0 | 631.63 | 63.23 |
| | | | | | Ohio SITW | S/0 | 631.63 | 13.42 |
| | | | | | **Total Tax Withholding** | | | 137.60 |

| Deductions | Amount |
|---|---|
| No Deductions | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 494.03 |
| **Total Direct Deposits** | | 494.03 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**       Voucher Nu
January 17, 2020

### ***This is not a check***
Direct Deposit Voucher

9320 01    190  11557  5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

**Gentzler Tool & Die Corp**  
PO Box 158  
Green, OH 44232

**Earnings State**

Check Date: January 10  
Period Beginning December 29  
Period Ending: January 04

Ace Mitrevski     Employee Number    190     Department    01    Voucher Number  
Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| Reg | 32.00 | 496.00 | 49.00 | 759.50 |
| OT | 2.00 | 46.50 | 2.00 | 46.50 |
| Hol | 8.00 | 124.00 | 24.00 | 372.00 |
| **Total Gross Pay** | 42.00 | 666.50 | 75.00 | 1178.00 |

| Taxes | Status | Taxable | Amount | YT |
|---|---|---|---|---|
| Medicare | | 666.50 | 9.66 | |
| OASDI | | 666.50 | 41.33 | |
| Green, OH (Emp) | | 666.50 | 13.33 | |
| Federal Income Tax | S/0 | 666.50 | 67.41 | |
| Ohio SITW | S/0 | 666.50 | 14.50 | |
| **Total Tax Withholding** | | | 146.23 | |

| Deductions | Amount | YT |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 520.27 |
| **Total Direct Deposits** | | 520.27 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**  
PO Box 158  
Green, OH 44232

**Direct Deposit Advice**  
**Check Date**    **Voucher Nur**  
January 10, 2020

### ***This is not a check***

Direct Deposit Voucher

9320 01    190   11542 5  
**Ace Mitrevski**  
1535 Melanie Drive  
Uniontown, OH 44685

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings State**

Check Date: January 03
Period Beginning: December 22
Period Ending: December 28

**Ace Mitrevski**  Employee Number 190  Department 01  Voucher Number
Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| Reg | 17.00 | 263.50 | 17.00 | 263.50 |
| Hol | 16.00 | 248.00 | 16.00 | 248.00 |
| **Total Gross Pay** | 33.00 | 511.50 | 33.00 | 511.50 |

| Taxes | Status | Taxable | Amount | Y |
|---|---|---|---|---|
| Medicare | | 511.50 | 7.42 | |
| OASDI | | 511.50 | 31.71 | |
| Green, OH (Emp) | | 511.50 | 10.23 | |
| Federal Income Tax | S/0 | 511.50 | 48.81 | |
| Ohio SITW | S/0 | 511.50 | 9.70 | |
| **Total Tax Withholding** | | | 107.87 | |

| Deductions | Amount | Y |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 403.63 |
| **Total Direct Deposits** | | 403.63 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date** Voucher Nu
January 03, 2020

### ***This is not a check***
Direct Deposit Voucher

9320 01  190 11528 5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings Sta**

Check Date: December
Period Beginning December
Period Ending: December
Voucher Number
Net Pay

Ace Mitrevski     Employee Number    190    Department    01

| Earnings | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| Reg | 40.00 | 620.00 | 1994.50 | 30366.00 |
| OT | 2.50 | 58.13 | 70.25 | 1616.16 |
| Vac | | | 40.00 | 620.00 |
| Hol | | | 59.00 | 893.00 |
| **Total Gross Pay** | 42.50 | 678.13 | 2163.75 | 33495.16 |

| Taxes | Status | Taxable | Amount |
|---|---|---|---|
| Medicare | | 678.13 | 9.83 |
| OASDI | | 678.13 | 42.04 |
| Green, OH (Emp) | | 678.13 | 13.56 |
| Federal Income Tax | S/0 | 678.13 | 68.88 |
| Ohio SITW | S/0 | 678.13 | 15.67 |
| **Total Tax Withholding** | | | 149.98 |

| Deductions | Amount |
|---|---|
| No Deductions | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 528.15 |
| **Total Direct Deposits** | | 528.15 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**    Voucher N
December 27, 2019

### ***This is not a check***
Direct Deposit Voucher

9320 01   190  11514 5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings Stat**

Check Date: December 2
Period Beginning: December 0
Period Ending: December 1

**Ace Mitrevski**  Employee Number 190  Department 01  Voucher Number
Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt | Taxes | Status | Taxable | Amount | Y |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 40.00 | 620.00 | 1954.50 | 29746.00 | Medicare | | 631.63 | 9.16 | |
| OT | 0.50 | 11.63 | 67.75 | 1558.03 | OASDI | | 631.63 | 39.17 | |
| Vac | | | 40.00 | 620.00 | Green, OH (Emp) | | 631.63 | 12.63 | |
| Hol | | | 59.00 | 893.00 | Federal Income Tax | S/0 | 631.63 | 63.30 | |
| **Total Gross Pay** | 40.50 | 631.63 | 2121.25 | 32817.03 | Ohio SITW | S/0 | 631.63 | 14.17 | |
| | | | | | **Total Tax Withholding** | | | 138.43 | |

**Deductions**  Amount
**No Deductions**

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 493.20 |
| **Total Direct Deposits** | | 493.20 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

**Accruals**

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**  Voucher N
December 20, 2019

### ***This is not a check***

Direct Deposit Voucher

9320 01  190  11500  5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings Statement**

Check Date: December 13,
Period Beginning: December 01,
Period Ending: December 07,

Ace Mitrevski        Employee Number    190    Department    01    Voucher Number
                                                                    Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| Reg | 40.00 | 620.00 | 1914.50 | 29126.00 |
| OT | 2.50 | 58.13 | 67.25 | 1546.40 |
| Vac | | | 40.00 | 620.00 |
| Hol | | | 59.00 | 893.00 |
| **Total Gross Pay** | 42.50 | 678.13 | 2080.75 | 32185.40 |

| Taxes | Status | Taxable | Amount | YT |
|---|---|---|---|---|
| Medicare | | 678.13 | 9.83 | |
| OASDI | | 678.13 | 42.04 | |
| Green, OH (Emp) | | 678.13 | 13.56 | |
| Federal Income Tax | S/0 | 678.13 | 68.88 | |
| Ohio SITW | S/0 | 678.13 | 15.67 | |
| **Total Tax Withholding** | | | 149.98 | 7( |

**Deductions**    Amount    YT
No Deductions

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 528.15 |
| **Total Direct Deposits** | | **528.15** |

**Benefits**    Hours    Amount    YTD Hrs    YTD Amt

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
Check Date         Voucher Nu
December 13, 2019

***This is not a check***
Direct Deposit Voucher

9320 01   190  11486  5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Earnings State**

Check Date: December 0
Period Beginning November 2
Period Ending: November 3

Ace Mitrevski　　　　Employee Number　190　　Department　01　　Voucher Number
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Net Pay

| Earnings | Hours | Amount | YTD Hrs | YTD Amt | Taxes | Status | Taxable | Amount | Y |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 25.50 | 395.25 | 1874.50 | 28506.00 | Medicare | | 519.25 | 7.53 | |
| Hol | 8.00 | 124.00 | 59.00 | 893.00 | OASDI | | 519.25 | 32.19 | |
| Vac | | | 40.00 | 620.00 | Green, OH (Emp) | | 519.25 | 10.39 | |
| OT | | | 64.75 | 1488.27 | Federal Income Tax | S/0 | 519.25 | 49.81 | |
| | | | | | Ohio SITW | S/0 | 519.25 | 10.54 | |
| **Total Gross Pay** | 33.50 | 519.25 | 2038.25 | 31507.27 | **Total Tax Withholding** | | | 110.46 | |

| Deductions | Amount | Y |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| 044115090 | xxxxxxx7430 | 408.79 |
| **Total Direct Deposits** | | 408.79 |

**Benefits**　　Hours　Amount　YTD Hrs　YTD Amt　　**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

**Gentzler Tool & Die Corp**
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**　　Voucher N
December 06, 2019

### ***This is not a check***
Direct Deposit Voucher

9320 01　190 11467 5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685

| Gentzler Tool & Die Corp | | | | | | | | | Earnings State |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PO Box 158 | | | | | | | | | |
| Green, OH 44232 | | | | | | | | Check Date: | November 2 |
| | | | | | | | | Period Beginning | November 1 |
| | | | | | | | | Period Ending: | November 2 |
| Ace Mitrevski | | | Employee Number | 190 | Department | 01 | | Voucher Number | |
| | | | | | | | | Net Pay | |

| Earnings | Hours | Amount | YTD Hrs | YTD Amt | Taxes | Status | Taxable | Amount | Y |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Reg | 40.00 | 620.00 | 1849.00 | 28110.75 | Medicare | | 678.13 | 9.84 | |
| OT | 2.50 | 58.13 | 64.75 | 1488.27 | OASDI | | 678.13 | 42.05 | |
| Vac | | | 40.00 | 620.00 | Green, OH (Emp) | | 678.13 | 13.56 | |
| Hol | | | 51.00 | 769.00 | Federal Income Tax | S/0 | 678.13 | 68.88 | |
| | | | | | Ohio SITW | S/0 | 678.13 | 15.67 | |
| **Total Gross Pay** | 42.50 | 678.13 | 2004.75 | 30988.02 | **Total Tax Withholding** | | | 150.00 | |

**Deductions** — Amount
**No Deductions**

| Direct Deposits | Account | Amount |
| --- | --- | --- |
| 044115090 | xxxxxxx7430 | 528.13 |
| **Total Direct Deposits** | | 528.13 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
| --- | --- | --- | --- | --- |

**Accruals**

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Gentzler Tool & Die Corp
PO Box 158
Green, OH 44232

**Direct Deposit Advice**
**Check Date**       Voucher N
November 27, 2019

### ***This is not a check***
Direct Deposit Voucher

9320 01   190 11453 5
**Ace Mitrevski**
1535 Melanie Drive
Uniontown, OH 44685